ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 17  PM 4: 35

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBERT RICHMOND, DARREN THOMAS, CALVIN RANDLE, and JAMES E. NEESON, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES DONALD, Commissioner; RON WHITAKER, Deputy Warden; FNU TINKER; FNU BROCK; FNU MORGAN; JOHN DOE COMPANY; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CV 105-197 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiffs are **DENIED** leave to proceed *in forma pauperis* and the captioned matter is **DISMISSED** so that Plaintiffs may pursue individual complaints.

SO ORDERED this 17th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE